UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID SCONDRAS )<br>    Plaintiff )<br> )<br>v. )<br> )<br>CITY OF LAWRENCE, and RYAN )<br>SHAFFER, ERIC CERULLO, JOHN )<br>FORNESI, MICHAEL FORNESI and SGT. )<br>PAPPALRDO, Individually and as )<br>Police Officers Of the City of Lawrence, )<br>    Defendants ) | Civil Action No. 09-11657-NMG |

### OFFICER ERIC CERULLO'S MOTION TO DISMISS

Now comes Officer Eric Cerullo making a motion to dismiss the count against him in the above captioned action. As set forth in more detail in the attached memorandum of law, the allegations stated in the Complaint, even if proven true, do not support a count for failure to provide adequate medical attention under the Eighth Amendment. Accordingly, the lone count raised against Officer Cerullo in the Complaint should be dismissed.

                                                                Respectfully submitted,
                                                                **Eric Cerullo,**
                                                                By his attorneys


                                                                 /s/ Ryan Dunn
                                                                Matthew E. Dwyer, BBO # 139840
                                                                Ryan P. Dunn, BBO # 666889
                                                                Dwyer and Duddy, P.C
                                                                Two Center Plaza, Suite 430
                                                                Boston, MA 02108
                                                                (617) 723-9777

December 8, 2009

2

CERTIFICATE OF SERVICE

      I, Ryan P. Dunn, Counsel for the Defendant, hereby certify that a true copy of the foregoing document was served upon:

James M. Bowers
261 Common Street
Lawrence, MA 01840

Viktor Theiss
Korman/Theiss, L.L.C.
359 Boylston Street, 4th Floor
Boston, MA 02116

by the ECF system this 8th day of December, 2009.

                                                                     /s/ Ryan Dunn
                                                                      Ryan P. Dunn